UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-CV-02043-CEM-GJK

DAVID POSCHMANN

   Plaintiff,

vs.

LRR MARGARITAVILLE, LLC

   Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

   Plaintiff, David Poschmann ("Plaintiff"), and Defendant, LRR MARGARITAVILLE, LLC ("Margaritaville" or "Defendant"), (collectively "the Parties"), hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement. Plaintiff and Margaritaville will file a Stipulation dismissing this action, with prejudice, once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

CASE NO. 6:20-CV-02043-CEM-GJK

| | |
|---|---|
| Dated: March 23, 2021 | Respectfully submitted, |
| *s/Drew M. Levitt* | *s/Edwin Cruz* |
| Drew M. Levitt, Esq. | Tasos C. Paindiris, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 41806 |
| E-mail: drewmlevitt@gmail.com | E-mail: *Tasos.Paindiris@jacksonlewis.com* |
| Lee D. Sarkin, Esq. | JACKSON LEWIS P.C. |
| Florida Bar No. 962848 | 390 N. Orange Avenue, Suite 1285 |
| Lsarkin@aol.com | Orlando, Florida 32801 |
| 4700 N.W. Boca Raton Boulevard, Ste 302 | Telephone: (407) 583-1602 |
| Boca Raton, FL 33431 | |
| Telephone: (561) 994-6922 | Edwin Cruz, Esq. |
| Facsimile: (561) 994-0837 | Florida Bar No. 55579 |
| | E-mail: *Edwin.Cruz@jacksonlewis.com* |
| *Counsel for Plaintiff* | JACKSON LEWIS P.C. |
| | One Biscayne Tower, Suite 3500 |
| | 2 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on March 23, 2021 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Edwin Cruz
   Edwin Cruz, Esq.